# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**MALEK BOUZID ALIANE**                                                          **PLAINTIFF**
**Reg. #69316-061**

**v.**                              **Case No. 2:17-cv-00136-KGB**

**DARLENE GALLARDO,**
**Unit Manager—FCI Medium,**
**In her Individual Capacity**                                                   **DEFENDANT**

## <u>ORDER</u>

Plaintiff Malek Bouzid Aliane's motion for voluntary dismissal without prejudice is granted (Dkt. No. 32). The Court declines to adopt the Proposed Findings and Recommendations and the Amended and Substituted Proposed Findings and Recommendations (Dkt. Nos. 15, 28). The Court denies the pending motions as moot (Dkt. Nos. 13, 19, 27, 29, 30). This case is dismissed without prejudice.

Dated this 9th day of August, 2018.

Kristine G. Baker
United States District Judge